## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE   ROTONDO WEIRICH ENTERPRISES, INC. | : | Chapter 11 |
| | : | |
| | : | Bky. No. 15-16146ELF |
| Debtor | : | |
| _____ | : | |
| | : | |
| ROTONDO WEIRICH ENTERPRISES, INC., | : | |
| | : | Adv. No. 17-234 |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| THE TRAVELERS COMPANIES, INC. | : | |
| | : | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | : | |
| | : | |
| Defendants | : | |
| _____ | : | |

## O R D E R

   **AND NOW,** Howard Gershman, as mediator, having filed a Certificate of Compliance on February 5, 2018, reporting that the above adversary proceeding has been settled and that counsel for the Plaintiff will prepare a stipulation for settlement and file same;

   **AND**, whereas Local Bankruptcy Rule 7041-1(b) requires that all parties shall file any necessary Stipulation or Motion to Settle or Compromise within 30 days;

   It is therefore, **ORDERED** that any necessary Motion or Stipulation shall be filed by the Plaintiff with this court **on or before March 29, 2018**, or this adversary proceeding **may be dismissed without further notice or hearing.**

Date: February 27, 2018

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**