IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| ROTONDO WEIRICH ENTERPRISES, INC.<br>ROTONDO WEIRICH, INC. | Bky. No. 15-16146(ELF) |
| Debtors | JOINTLY ADMINISTERED |
| ROTONDO WEIRICH ENTERPRISES, INC. | |
| Plaintiff | |
| v. | ADVERSARY NO. 17-234(ELF) |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | |
| Defendant | |

### PRAECIPE TO WITHDRAW COMPLAINT

TO:   THE CLERK OF THE COURT:

Kindly withdraw the Complaint filed in the above-captioned adversary proceeding with prejudice as this matter has been resolved in accordance with the Court Order dated July 13, 2017 granting the Plaintiff's Motion for Entry of an Order Establishing Procedures for the Settlement of Avoidance Claims Pursuant to 11 U.S.C. § 105 and Fed.R.Bankr.P. 9019. Nothing contained herein shall waive, release or discharge the Defendant's obligation to pay the Settlement Amount (as defined in the Settlement Agreement and Release executed by the Defendant on March 22, 2018).

**KARALIS PC**

By:   /s/ Robert W. Seitzer
ARIS J. KARALIS
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
Counsel to the Plaintiff

Dated: March 27, 2018